AO91 (Rev. 12/03)   Criminal Complaint                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                 **CRIMINAL COMPLAINT**
vs.
                                                             Case Number: 1:18-po-2959
Martin MARTINEZ
A073 755 843  Mexico
AKA Juan Carlos MORALES

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   August 05, 2018   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:
The defendant was apprehended in Brownsville, Texas on August 05, 2018. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on August 05, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Davila, Carlos  Border Patrol Agent
Signature of Complainant

Davila, Carlos    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 07, 2018                                              at   Brownsville, Texas
Date                                                              City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                       Signature of Judge